CATALYST & CHEMICAL SERVICES, INC., Whisper Wash Development Corporation and John Gaughan, Plaintiffs–Appellants,

v.

### GLOBAL GROUND SUPPORT and William E. Dempsey, Defendants–Appellees.

No. 05–1454.

United States Court of Appeals, Federal Circuit.

March 13, 2006.

Before MICHEL, Chief Judge, MAYER and BRYSON, Circuit Judges.

### Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.